No. 05A467. HUMPHRIES *v.* SOUTH CAROLINA. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 05–7829 (05A500). BOYD *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Rockingham County, N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

DECEMBER 5, 2005

No. 05–5034. ARTEAGA-RUIS *v.* GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of 8 U. S. C. § 1252(a)(2)(D).

No. 05–6833. DI NARDO ET AL. *v.* BIELUCH, SHERIFF, PALM BEACH COUNTY, FLORIDA. Dist. Ct. App. Fla., 4th Dist. Motions of petitioners for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioners have repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioners unless the docketing fees required by Rule 38(a) are paid and the petitions are submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.

No. 05M31. FREDERICKSEN ET AL. *v.* CITY OF LOCKPORT, ILLINOIS, ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.